# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

LOTUS JUSTICE,

        Petitioner,    :    Case No. 2:21-cv-3584

- vs -        District Judge Sarah D. Morrison
        Magistrate Judge Michael R. Merz

STATE OF OHIO, et al.,

        :

        Respondents.

## ORDER FOR SUBSTITUTION OF RESPONDENT

On Motion of the Respondents to Substitute Party (ECF No. 12), the Court finds that the Franklin County Court of Common Pleas has transferred the custody of Petitioner to the Twin Valley Behavioral Healthcare Hospital. Accordingly Respondents Sheriff Dallas Baldwin and the State of Ohio are dismissed as Respondents and Twin Valley Behavioral Healthcare Hospital substituted in their stead. Representation continues to be provided by the Ohio Attorney General.

August 30, 2021.        s/ *Michael R. Merz*
        United States Magistrate Judge