# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

LOTUS JUSTICE,

    Petitioner,   :  Case No. 2:21-cv-3584

 - vs -          District Judge Sarah D. Morrison
               Magistrate Judge Michael R. Merz

STATE OF OHIO, et al.,

               :

    Respondents.

## DECISION AND ORDER DENYING MOTION FOR RECONSIDERATION EN BANC OR WRIT OF CERTIORARI

  This habeas corpus case, brought *pro se* by Petitioner Lotus Justice, is before the Court on Petitioner's Motion for Reconsideration *en banc* of her request for a writ of mandamus to compel the Franklin County Court of Common Pleas to produce certain documents. (ECF No. 42). In the alternative she requests the Court to issue a writ of certiorari for those documents.

  The Motion is denied. District courts of the United States do not sit en banc. And a federal writ of certiorari is not a proper remedy to obtain either issuance of a document in a state criminal case to which a defendant believes she is entitled or to discover such a document.

October 7, 2021.

                    s/ *Michael R. Merz*
                  United States Magistrate Judge