# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

LOTUS JUSTICE,

        Petitioner, : Case No. 2:21-cv-3584

- vs - 

        District Judge Sarah D. Morrison
        Magistrate Judge Michael R. Merz

STATE OF OHIO, et al.,

        :

        Respondents.

## DECISION AND ORDER DENYING SECOND MOTION FOR CHANGE OF VENUE

      This habeas corpus case, brought *pro se* by Petitioner Lotus Justice, is before the Court on Petitioner's Motion for Change of Venue to Missouri (ECF No. 52). The basis of her claim is that somehow the State of Missouri and/or the Native American Tribes are real parties in interest.

      Because this is a habeas corpus case, only the Petitioner and the State of Ohio are real parties in interest. Furthermore, a habeas case is required to be venued where the petitioner is in custody, which is in the Southern District of Ohio.

      The Motion to Change Venue is DENIED.

December 10, 2021.

                                          s/ *Michael R. Merz*
                                        United States Magistrate Judge